**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ADIL ZABEN,

        Plaintiff,

v.                                       Case No:   6:23-cv-577-RBD-LHP

VINTAGE WINTER PARK, LLC,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT VINTAGE WINTER PARK, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S MEDICAL RECORDS (ECF 1-5), MEDICAL BILLS (ECF 1-6), AND DEMAND (ECF 1-4) ATTACHED TO DEFENDANT'S NOTICE OF REMOVAL (ECF 1) (Doc. No. 9)
>
> **FILED:**   March 30, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant moves to have placed under seal several exhibits filed in conjunction with its Notice of Removal (Doc. No. 1), which includes a demand

letter, Plaintiff's medical records, and Plaintiff's medical bills (Doc. Nos. 1-4, 1-5, 1-6).  Doc. No. 9.  Defendant explains that each of these documents contain information concerning Plaintiff's medical treatment for the incident underlying Plaintiff's complaint and information subject to Fed. R. Civ. P. 5.2.  *Id.*  Plaintiff agrees.  *Id.* at 4.

Upon review, the motion will be denied without prejudice for failure to fully comply with Local Rule 1.11.  First, the motion does not explain why redaction of the records at issue would not suffice.  Second, the motion does not propose a duration for the seal.  Third, the motion does not provide the name, address, email address, and telephone number of the person authorized to retrieve the sealed items.  Fourth, the Court also questions whether the motion complies with 1.11(d), given that this is Plaintiff's allegedly confidential information at issue.  Finally, the motion does not provide citation to legal authority demonstrating that the type of information at issue, such as a demand letter and/or medical bills, is properly subject to sealing.

Any renewed motion must fully comply with the Local Rules and provide citation to legal authority demonstrating that placing all of the information at issue under seal is appropriate.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties